ELIZABETH B. REILLY, Respondent, v. EDWARD J. REILLY, Appellant. — Motion for stay granted, with leave to move to vacate same if appellant does not proceed with due diligence on appeal. Present— Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

RICHARD SCHNIBBE, Respondent, v. HAUCK MANUFACTURING COMPANY, Defendant, and OSCAR A. LEWIS, as Trustee in Bankruptcy, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

JOHN C. SNYDER, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Stapleton, Rich and Blackmar, JJ.

CHARLES H. TIBBITS, Respondent, v. JULIUS M. COHEN, Appellant, and Others, Respondents. — Motion granted, without costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Respondent, v. QUEENS LAND AND TITLE COMPANY, Appellant, Impleaded with Others, Defendants.— Motion denied on condition that appellant perfect the appeal, place the case on the April calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

WILLIAM BRUNNER and FRANK BRUNNER, Respondents, v. DIOGENES BREWING COMPANY and FRANK FOOSHKILL, Appellants, Impleaded with IGNATZ BERGER, Respondent, and Others.— Judgment unanimously affirmed, with costs. But in substitution of the 21st finding of fact we find as follows: As against the plaintiffs, the tenant or any other person had no right to assign the certificate, or the right to abandon traffic pursuant thereto from the plaintiffs' premises during the continuance of the certificate and the lease. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

ISABELLA R. DOERFLER, Appellant, v. SARAH E. POTTBERG, Individually and as Executrix and Trustee, etc., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, without prejudice to a renewal at the proper time. The plaintiff in neither action has proceeded with diligence. In one of the actions the defense of another action pending has been interposed. A stay will be seasonable when one of the actions has proceeded to judgment. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

DELIA FLOOD, as Administratrix de Bonis Non, etc., Respondent, v. GEORGE HOWARD DUVAL, Defendant, and FREDERICK GILMAN, Appellant.— Order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.